IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 15-cv-00424-RBJ-GPG
Date: March 31, 2015

In re the Petition of:

CANDIS TAI,
Plaintiff,

vs.

MRS BPO L.L.C
Defendant.

_____
Minute Order
_____

     This matter is set for a Scheduling Conference on April 14, 2015 at 3:00 p.m. before Magistrate Judge Gordon P. Gallagher.

     Defense counsel may appear by telephone.