IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00424-RBJ-GPG

CANDIS TAI,

    Plaintiff,

v.

MRS BPO, L.L.C., a New Jersey limited liability company d/b/a MRS Associates,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Candis Tai has announced to the Court that all matters in controversy against Defendant MRS BPO, LLC have been resolved. A Stipulation of Dismissal with Prejudice [ECF No. 27] has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Tracy Vigil against Defendant MRS BPO, LLC are in all respects dismissed with prejudice to the refilling of the same, with court costs to be paid by the party incurring the same.

DATED this 1st day of October, 2015.

                                                                 BY THE COURT:

                                                                 _____

                                                                 R. Brooke Jackson
                                                                 United States District Judge